UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61767-CIV-SMITH

JOSHUA ELYASHIV,

      Plaintiff,

v.

HAC FUNDING LLC,

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. On December 31, 2024, the Court ordered Plaintiff to perfect service upon Defendant or show cause why this action should not be dismissed for failure to perfect service of process by January 8, 2025 ("Order to Show Cause"). Plaintiff was advised that failure to comply with the Order to Show Cause would result in dismissal of this matter without further notice. To date, Plaintiff has neither indicated that service has been perfected nor shown cause why this action should not be dismissed. Accordingly, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED without prejudice.**

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of January, 2025.

                                                                       **RODNEY SMITH**
                                                                       **UNITED STATES DISTRICT JUDGE**

cc: counsel of record